**IT IS ORDERED as set forth below:**

Date: September 11, 2012



_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA NEWNAN DIVISION

| | |
|---|---|
| IN RE: STEVEN LAMAR ELLISON AND AMANDA STORY ELLISON | : BANKRUPTCY CASE: : NO. 12-11961 WHD : CHAPTER 7 |
| DEBTORS | : |
| CERTUSBANK, N.A. | : MOTION TO LIFT AUTOMATIC STAY |
| MOVANT | : |
| JAMES G. BAKER | : |
| CHAPTER 7 TRUSTEE | : |

**CONSENT ORDER**

It appearing to the court that the Trustee and the Debtor through his attorney presented no opposition, as evidenced by the signatures hereafter to the Movant's Motion to Lift Automatic Stay, IT IS HEREBY ORDERED AND ADJUDGED THAT, the stay is hereby lifted and that Movant is allowed to foreclose on the following described property as allowed by the laws of the

State of Georgia.  Notwithstanding such any overage of the indebtedness shall be

reported/transferred to the Trustee.

Property description:

All that tract or parcel of land lying and bein in Land Lot 69 of the 10th District of Carroll County, Georgia, and being more particularly shown and delineated on a plat entitled "Survey for William J. Abell, III and Susan D. Abell", dated March 24, 1987, prepared and certified by William H. Alexander, Jr., Georgia Registered Land Surveyor No. 1643, which survey is recorded in Plat Book 31, Page 208, Public Land records of Carroll County, Georgia.  Said plat and the record therein contained are by reference incorporated herein, together with all improvements thereon, and also know as Lot 4, Regal Pines Subdivision, 45 Julia Ann Drive, Carrollton, Georgia 30117, together with all improvements located thereon.

[END OF DOCUMENT]

**CONSENTED TO AS FOLLOWS:**

/s/ James T. Camp
JAMES T. CAMP, ATTORNEY FOR
MOVANT, STATE BAR #185880

/s/Lisa Loftin
LISA LOFTIN, ATTORNEY
FOR DEBTOR, STATE BAR 455716

/s/James G. Baker
JAMES G. BAKER, CHAPTER 7 TRUSTEE
STATE BAR 033717
"NO OPPOSITION"

# DISTRIBUTION LIST

The following are to be served with a copy of the forgoing Consent Order:

**Lisa Loftin**
**Newton & Howell, P.C.**
P.O. Box 551
Griffin, Georgia 30224

**James G. Baker**
305 North Greenwood St.
LaGrange, Georgia 30240

and

**Steven Lamar Ellison and Amanda Story Ellison**
45 Julia Ann Drive
Carrollton, Georgia 30117

    /s/James T. Camp
    James T. Camp